UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Jose Villarreal Saldivar, Jeanne Snydelaar  §
Villarreal                                  §    CIVIL NO:
                                            §    SA:12-CV-01018-FB
vs.                                         §    ↲ SA CV 1038
                                            §
Susan D. Reed, Dawn McGraw, Marcos
Martinez, Jennifer Sanchez, Walter J. Linoske

## PLAINTIFF'S EXHIBITS, Page 1 (11-18-12 Henry)

| Exhibit | Description | Date Admitted (Introduced) |
|---|---|---|
| 1 | — | — |
| 2 | — | — |
| 3 | — | — |
| 4 | Photo | 11-19-12 |
| 5 | Photo | 11-19-12 |