

## U.S. Department of Justice
*United States Attorney's Office*
*Southern District of Texas*

*1000 Louisiana*  
*Suite 2300*  
*Houston, Texas 77002*

*Phone (713) 567-9000*  
*Fax (713) 718-3300*

December 19, 2012

Rolando L. Rios  
Law Offices of Rolando L. Rios  
115 E. Travis Street, Suite 1645  
San Antonio, TX 78205

Jose Garza  
Law Office of Jose Garza  
7414 Robin Rest Dr.  
San Antonio, TX 78209

Roland J. Garcia  
Carolyn M. Wentland, P.C.  
115 E. Travis, Suite 724  
San Antonio, TX 78205

      RE:   Case No. 5:12-cv-01018-FB; Jose Villareal Saldivar, et al. v. Susan D. Reed, et al., USDC, WDTX, San Antonio Division

Dear Gentlemen:

Your fax transmission of Summons and Complaint in the above-referenced case to DEA Special Agent Jennifer Sanchez does not constitute complete service of process in accordance with Rule 4(i)(3) of the Federal Rules of Civil Procedure.

Rule 4(i)(3) requires that in order to serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States behalf, a party must serve the United States and also serve the officer or employee under Rule 4(e), (f) or (g). This therefore requires that <u>a copy of a summons **(sealed and signed by the Clerk of the Court)** and the complaint be served on the United States Attorney</u> for the district in which the action is brought. The summons and complaint may be delivered to a Designated Civil Process Clerk, designated by the U.S. Attorney for the Western District of Texas to accept personal delivery of the summons and complaint. The summons and complaint may also be sent by **<u>registered or certified mail</u>** to the United States Attorney's Office, attention of the Civil Process Clerk.

Also note that Rule 12(a) provides the United States or its officers or employees **<u>60</u>** days to file an answer to the complaint and this should be specified on the summons.



GOVERNMENT EXHIBIT A

For your reference, I have attached an instruction sheet that provides details on perfecting service of process on the United States and its officers or employees. If you have any questions in regard to this letter relating to proper service on the United States, you may contact me at (713) 567-9765.

Sincerely,

KENNETH MAGIDSON
United States Attorney

Charmaine Aarons Holder
Assistant United States Attorney

cc: Hon. William G. Putnicki
U.S. District Clerk's Office
Western District of Texas
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, Texas 78206

John Paniszczyn, Civil Chief
United States Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

# INSTRUCTIONS FOR COMPLETING THE SUMMONS IN A CIVIL ACTION

1. A separate summons and complaint must be sent to each agency, officer or corporation involved in the suit. (Rule 4(i)(1) and (2)).

2. For service on the United States, pursuant to Rule 4(i)(1)(A), complete the block under TO (name and address of defendant) with the following:

    Robert Pitman
    United States Attorney
    601 N.W. Loop 410, Suite 600
    San Antonio, TX 78216

3. For service on the Attorney General, complete the block under TO (name and address of defendant) with the following:

    United States Attorney General
    U.S. Department of Justice
    10th & Constitutional Avenue, N.W.
    Washington, D.C. 20530

4. For service on the officer, agency, or corporation involved in the suit, complete the block under TO with their appropriate address.

5. The United States has 60 days after receipt of service to file an answer to the complaint. Do not enter a specific date in this section. (Rule 12(a)).

6. The original, or a true copy of the summons, bearing the signature of the U.S. District Clerk's office is acceptable. (Rule 4(a) and (b)).

7. The Civil Action Number and the U.S. District Clerks dated file stamp should appear on both the summons and the complaint.

8. All Process Servers must come to 601 N.W. Loop 410, Suite 600, San Antonio, TX 78216 in order to effect personal service.

9. Process Servers may be any person who is not a party to the lawsuit and who is at least 18 years old. (Rule 4(c)(2)).

10. You may serve the summons and complaint by registered or certified mail. The envelope should be mailed to the following (Rule 4(i)):

    Civil Process Clerk
    United States Attorney's Office
    601 N.W. Loop 410, Suite 600
    San Antonio, TX 78216

11. Serve a copy of the summons and complaint by registered or certified mail to the Attorney General at the address listed in number 3 above.

12. Serve a copy of the summons and complaint by registered or certified mail to the officer, agency, or corporation involved in the case at their appropriate address.

# ROLANDO L. RIOS AND ASSOCIATES, PLLC

www.riosredistricting.com          rrios@rolandorioslaw.com

December 21, 2012

Charmaine Aarons Holder  
Assistant United States Attorney  
United States Attorney's Office  
Southern District of Texas  
1000 Louisiana, Suite 2300  
Houston, Texas 77002

Via: Tang, Iris (USATXS)  
[Meiching.ChenTang@usdoj.gov]  
& First Class Mail

RE: Case No. 5:12-cv-01018FB; Jose Villarreal Saldivar et al. v. Susan D. Reed, et al., USDA, WDTX, San Antonio Division

Dear Ms. Holder,

Thank you for the helpful information you sent us dated December 19, 2012 on the particulars concerning service of process on United States officers or employees.

Please be advised of the following:

1. At the November 19, 2012 hearing before Judge Biery attorney Keith Wyatt from your office entered an appearance on behalf of Special Agent Sanchez and she was present; see attached transcript. So apparently Agent Sanchez has in fact notice.

2. The service by fax was suggested by your client, Agent Sanchez and Agent Linoski and affirmed by the Bexar County District Attorney Gregory by email.

3. Agent Linoski has filed an answer and he was served the same way as Agent Sanchez; just like Agent Sanchez, he had an answer date of December 19th which is when he filed his answer.

4. Finally, the answer date was set electronically by the US District Clerks here in San Antonio.

Nevertheless, if it makes sense for us to agree on an answer date, please let me know. Please feel free to call me if you have any questions; thank you for your attention to this matter.

Rolando L. Rios  
Attorney at Law

MILAM BUILDING 115 E. TRAVIS SUITE 1645 SAN ANTONIO, TEXAS 78205  
PHONE, (210) 222-2102 • FAX, (210) 222-2898  
WWW.ROLANDORIOSLAW.COM


GOVERNMENT EXHIBIT B

```
 1                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF TEXAS
 2                         SAN ANTONIO DIVISION

 3   THE STATE OF TEXAS,          )
                                  )
 4        Plaintiff,              )
                                  )
 5        vs.                     )   Docket No. SA-12-CV-1038-FB
                                  )
 6   FOUR MILLION TWO HUNDRED     )   San Antonio, Texas
     TWENTY-SIX THOUSAND          )   November 19, 2012
 7   THIRTY-FIVE DOLLARS AND      )
     FIFTY-SEVEN CENTS            )
 8   ($4,226,035.57) UNITED       )
     STATES CURRENCY; ONE (1)     )
 9   2013 MERCEDES-BENZ S550, VIN )
     WDDDNG7DB0DA492458; ONE (1)  )
10   2008 CADILLAC ESCALADE, VIN  )
     3GYFK62878G167290; and       )
11   CERTAIN PROPERTY,            )
                                  )
12        Defendants.             )
     _____)
13
                    TRANSCRIPT OF MOTION HEARING
14                BEFORE THE HONORABLE FRED BIERY
                CHIEF UNITED STATES DISTRICT JUDGE
15
     TRANSCRIPT ORDERED BY:  Rolando Rios, Esquire
16
     A P P E A R A N C E S:
17
     FOR THE PLAINTIFF:
18        BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
          By:  Sue Ann Gregory, Esquire
19        By:  Dawn Marie McCraw, Esquire
          By:  Troy Meinke, Esquire
20        By:  Stephen P. Ballantyne, Jr., Esquire
          300 Dolorosa, Suite 4049
21        San Antonio, TX  78205

22   FOR THE DEFENDANTS:
          LAW OFFICES OF ROLANDO L. RIOS
23        By:  Rolando L. Rios, Esquire
          115 E. Travis Street, Suite 1645
24        San Antonio, TX  78205

25
```

Chris Poage, RMR, CRR
United States Court Reporter

```
 1  Gregory from the Bexar County District Attorney's office.  I'm
 2  lead counsel on both cases; however, I'll be splitting part of
 3  my duties with my --
 4          THE COURT:  Don't spit at me.
 5          MS. GREGORY:  I won't.  I'll try not to, Judge.
 6  These braces make it hard sometimes.  I apologize in advance.
 7  With me, my colleague, Dawn McCraw, who's the chief of our
 8  asset forfeiture section.  Patrick Ballantyne, who is the
 9  criminal attorney signed to our white collar crime --
10          THE COURT:  I'm sorry.  The last name?  Patrick --
11          MS. GREGORY:  Ballantyne.
12          THE COURT:  Ballantyne.  Okay.  All right.  That's a
13  brand of scotch.  I'm sure that's never touched your lips, Ms.
14  Gregory.
15          MS. GREGORY:  Absolutely maybe.
16          THE COURT:  All right.  Go ahead.
17          MS. GREGORY:  And also with me is Mr. Troy Meinke who
18  is the asset forfeiture attorney who was the filing attorney in
19  the state asset forfeiture case.
20          THE COURT:  Okay.  All right.  And this gentleman?
21          MR. WYATT:  Yeah.  Your Honor, my name is Keith
22  Wyatt.  I'm an assistant United States Attorney with the
23  Southern District of Texas in Houston.
24          THE COURT:  Wyatt?
25          MR. WYATT:  Wyatt, W-Y-A-T-T.
```

|   |   |
|---|---|
| 1 | THE COURT: Okay. |
| 2 | MR. WYATT: And I represent Special Agent Jennifer |
| 3 | Sanchez of the DEA in the constitutional tort case. |
| 4 | THE COURT: Okay. And she has been named as a |
| 5 | defendant in 1038; is that right? Or no, I'm sorry, 1018. |
| 6 | 1018. Okay. I got it. This is only two of 450 other cases. |
| 7 | So I'm going to have to learn as we go along. And I'll tell |
| 8 | you about my lawyers here in a moment and what they've briefed |
| 9 | me on. |
| 10 | All right. Are there any other -- Ms. Gregory, any |
| 11 | other announcements for -- on either case? |
| 12 | MS. GREGORY: Also with us is, from the state |
| 13 | Attorney General's office, Lieutenant Rudy Villarreal. |
| 14 | THE COURT: Okay. Very well. |
| 15 | MS. GREGORY: He is the supervisor for Sergeant |
| 16 | Marcos in the 1018 case. I don't believe the Attorney General |
| 17 | was aware that we were going to be taking proceedings in the |
| 18 | 1018 case. I spoke with him, and they did not intend to be |
| 19 | here today on the 1038 case. |
| 20 | THE COURT: Okay. Well, I'm not sure what all we're |
| 21 | going to do, but at least this is the first opportunity for us |
| 22 | to get together. These things tend to take a long time. And |
| 23 | as of now, it's civil. And, of course, we have to give |
| 24 | precedence to the criminal cases. And I am booked solid |
| 25 | through next May on criminal trials, unless they should fall |