```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DISTRICT OF TEXAS
 2                         SAN ANTONIO DIVISION

 3   THE STATE OF TEXAS,              )
                                      )
 4        Plaintiff,                  )
                                      )
 5        vs.                         )  Docket No. SA-12-CV-1038-FB
                                      )
 6   FOUR MILLION TWO HUNDRED         )  San Antonio, Texas
     TWENTY-SIX THOUSAND              )  November 19, 2012
 7   THIRTY-FIVE DOLLARS AND          )
     FIFTY-SEVEN CENTS                )
 8   ($4,226,035.57) UNITED           )
     STATES CURRENCY; ONE (1)         )
 9   2013 MERCEDES-BENZ S550, VIN)
     WDDDNG7DB0DA492458; ONE (1)      )
10   2008 CADILLAC ESCALADE, VIN      )
     3GYFK62878G167290; and           )
11   CERTAIN PROPERTY,                )
                                      )
12        Defendants.                 )
                                      )
13   ─────────────────────────────────
                  TRANSCRIPT OF MOTION HEARING
14              BEFORE THE HONORABLE FRED BIERY
             CHIEF UNITED STATES DISTRICT JUDGE
15
     TRANSCRIPT ORDERED BY:  Rolando Rios, Esquire
16
     A P P E A R A N C E S:
17
     FOR THE PLAINTIFF:
18        BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
          By:  Sue Ann Gregory, Esquire
19        By:  Dawn Marie McCraw, Esquire
          By:  Troy Meinke, Esquire
20        By:  Stephen P. Ballantyne, Jr., Esquire
          300 Dolorosa, Suite 4049
21        San Antonio, TX  78205

22   FOR THE DEFENDANTS:
          LAW OFFICES OF ROLANDO L. RIOS
23        By:  Rolando L. Rios, Esquire
          115 E. Travis Street, Suite 1645
24        San Antonio, TX  78205

25
```

Chris Poage, RMR, CRR
United States Court Reporter

```
1   Gregory from the Bexar County District Attorney's office.  I'm
2   lead counsel on both cases; however, I'll be splitting part of
3   my duties with my --
4           THE COURT:  Don't spit at me.
5           MS. GREGORY:  I won't.  I'll try not to, Judge.
6   These braces make it hard sometimes.  I apologize in advance.
7   With me, my colleague, Dawn McCraw, who's the chief of our
8   asset forfeiture section.  Patrick Ballantyne, who is the
9   criminal attorney signed to our white collar crime --
10          THE COURT:  I'm sorry.  The last name?  Patrick --
11          MS. GREGORY:  Ballantyne.
12          THE COURT:  Ballantyne.  Okay.  All right.  That's a
13  brand of scotch.  I'm sure that's never touched your lips, Ms.
14  Gregory.
15          MS. GREGORY:  Absolutely maybe.
16          THE COURT:  All right.  Go ahead.
17          MS. GREGORY:  And also with me is Mr. Troy Meinke who
18  is the asset forfeiture attorney who was the filing attorney in
19  the state asset forfeiture case.
20          THE COURT:  Okay.  All right.  And this gentleman?
21          MR. WYATT:  Yeah.  Your Honor, my name is Keith
22  Wyatt.  I'm an assistant United States Attorney with the
23  Southern District of Texas in Houston.
24          THE COURT:  Wyatt?
25          MR. WYATT:  Wyatt, W-Y-A-T-T.
```

| | |
|---|---|
| 1 | THE COURT: Okay. |
| 2 | MR. WYATT: And I represent Special Agent Jennifer |
| 3 | Sanchez of the DEA in the constitutional tort case. |
| 4 | THE COURT: Okay. And she has been named as a |
| 5 | defendant in 1038; is that right? Or no, I'm sorry, 1018. |
| 6 | 1018. Okay. I got it. This is only two of 450 other cases. |
| 7 | So I'm going to have to learn as we go along. And I'll tell |
| 8 | you about my lawyers here in a moment and what they've briefed |
| 9 | me on. |
| 10 | All right. Are there any other -- Ms. Gregory, any |
| 11 | other announcements for -- on either case? |
| 12 | MS. GREGORY: Also with us is, from the state |
| 13 | Attorney General's office, Lieutenant Rudy Villarreal. |
| 14 | THE COURT: Okay. Very well. |
| 15 | MS. GREGORY: He is the supervisor for Sergeant |
| 16 | Marcos in the 1018 case. I don't believe the Attorney General |
| 17 | was aware that we were going to be taking proceedings in the |
| 18 | 1018 case. I spoke with him, and they did not intend to be |
| 19 | here today on the 1038 case. |
| 20 | THE COURT: Okay. Well, I'm not sure what all we're |
| 21 | going to do, but at least this is the first opportunity for us |
| 22 | to get together. These things tend to take a long time. And |
| 23 | as of now, it's civil. And, of course, we have to give |
| 24 | precedence to the criminal cases. And I am booked solid |
| 25 | through next May on criminal trials, unless they should fall |