# Rolando Rios

| | |
|---|---|
| **From:** | Gregory, Sue Ann [sgregory@bexar.org] |
| **Sent:** | Tuesday, November 27, 2012 3:38 PM |
| **To:** | Rolando Rios |
| **Subject:** | RE: discovery requests No. 5:12cv01038 FB |
| **Attachments:** | image001.png |

Mr. Rios,

Thank you for re-sending the discovery requests.
Please let us know if you have a future date in mind for the meeting. As I indicated on the phone, I always try to work with opposing counsel on requests to meet.
Also, if this assists you, I was informed that DEA Agent Sanchez and Financial Analyst Walter Linoske are  waiting service on the 1018 case and may be able to accept service by fax at 713-693-3274.

Sue Ann

Sue Ann Gregory
Bexar County Assistant Criminal District Attorney
Civil Division, 300 Dolorosa, Fifth Floor
San Antonio, Texas 78205
Phone (210) 335-2170
Fax (210) 335-2151

---

**From:** Rolando Rios [mailto:rrios@rolandorioslaw.com]
**Sent:** Tuesday, November 27, 2012 3:24 PM
**To:** Gregory, Sue Ann
**Subject:** discovery requests No. 5:12cv01038 FB

Ms. Gregory, as we discussed, we left some discovery requests at the 5th floor on the 16th; I am attaching the document in case you have not gotten it. You indicated that through email may be the most efficient way to communicate. As far as meeting this Friday, I will have to get back to you on that. Best regards and let me know if there is a problem with the transmission, RR

Best Regards,
Rolando L. Rios
Attorney at Law

Rolando L. Rios
Attorney at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205
210-222-2102
rrios@rolandorioslaw.com

*NOTICE*

The Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, covers this electronic message. This message and any attachment thereto contains *CONFIDENTIAL INFORMATION* intended for the exclusive use of

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jose Villarreal Saldivar et. al.<br><br>*Plaintiff*<br>v.<br>Susan D. Reed, et. al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  5:12-cv-01018<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jennifer Sanchez, DEA Special Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rolando L. Rios
Attorney at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT William G. Putnicki

*Diana Garcia*
*Signature of Clerk or Deputy Clerk*

Date:  10/25/2012



Civil Action No. 5:12-cv-01018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JENNIFER SANCHEZ, DEA SPECIAL AGENT__
was received by me on *(date)* __THURS.-10-25-2012 @ 1:45P.M.__

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
 , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
 on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __SENT BY FAX PER THE INSTRUCTIONS OF SUE ANN GREGORY BEXAR COUNTY ASSISTANT CRIMINAL DISTRICT ATTORNEY; SEE ATTACHED E-MAIL STATING SO TO SEND VIA-FAX!!__

My fees are $ __Ø__ for travel and $ __55.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __WED.-11-28-2012__

_Robert A. Pickens II_
Server's signature

SCH/PPS #8664
Expires 05-31-2014

__Robert A. Pickens II__
Printed name and title

__P.O. Box 293185, Kerrville, TX. 78029-3185__
Server's address

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# AFFIDAVIT OF PROCESS SERVER

**UNITED STATES DISTRICT COURT- WESTERN DISTRICT OF TEXAS**
NAME OF COURT

JOSE VILLARREAL SALDIVAR et al. -vs- SUSAN D. REED, et al. - #5:12-CV-01018
Plaintiff / Petitioner    vs.    Defendant / Respondent    **CIVIL ACTION** Cause Number:

I, **ROBERT A. PICKENS II**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served **JENNIFER SANCHEZ, DEA SPECIAL AGENT**
Name of Person / Entity Being Served

with (list document)(s) **SUMMONS IN A CIVIL ACTION - PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF.**

by leaving with _____  _____
         Name          Relationship

At: ( ) Residence _____ _____
         Address          City/State
( ) Business _____ _____
         Address          City/State

On: _____ AT: _____
     Date      Time

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
         Date

from _____
   City    State    Zip Code

**MANNER OF SERVICE:**
( ) Personal: By personally delivering copies to the person served. ( ) Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers. ( ) Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
( ) Posting: By posting copies in a conspicuous manner to the front door of the person /entity being served.

( ) Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s): ( ) Unknown Address ( ) Moved, Left no Forwarding ( ) Service Cancelled by Litigant ( ) Unable to Serve in a Timely Fashion ( ) Address does not Exist ( ) Other **FAXED TO HER - PER INSTRUCTIONS OF E-MAIL!**

Service Attempts: Service was attempted on: (1) _____ 2) _____ 3) _____
     Date / Time     Date / Time     Date / Time

**Robert A. Pickens II**
Signature of Process Service: SCH / PPS #

**SCH/PPS #8664 Expires 05-31-2014**

SUBSCRIBED AND SWORN to before me this **28** day of **NOV** 201**2**

**Diana Garza**
Signature of Notary Public      Notary Public for the state of **Texas**



DIANA GARZA
MY COMMISSION EXPIRES
September 19, 2014