# Affidavit of Process Server

**Name of Court:** UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TEXAS

**Plaintiff/Petitioner:** JOSE VILLARREAL SALDIVAR et al.

vs.

**Defendant/Respondent:** SUSAN D. REED, et al.

**Cause Number:** CIVIL ACTION #5:12-CV-01018

I, ROBERT A. PICKENS II, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served MR. ROBERT PITMAN (UNITED STATES ATTORNEY)

*Name of Person/Entity Being Served*

with (list document) SUMMONS IN A CIVIL ACTION - PLAINTIFF'S ORIGINAL COMPLAINT FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

by leaving with MICHELE CARROL-BUALIN (DES. AGENT) (JENNIFER SANCHEZ DEA SPECIAL AGENT)

*Name / Relationship*

**At:**
( ) Residence _____ Address / City/State
(X) Business 601 N.W. LOOP 410, SUITE 600 - SAN ANTONIO, TEXAS 78216

**On:** WEDNESDAY - 03-13-2013 **AT** 5:00 P.M.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____

from _____ City / State / Zip Code

**Manner of Service:**
( ) Personal: By personally delivering copies to the person served. ( ) Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers. (X) Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
( ) Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

( ) Non-Service: After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
( ) Unknown Address ( ) Moved, Left no Forwarding ( ) Service Cancelled by Litigant ( ) Unable to Serve in a Timely Fashion ( ) Address does not Exist ( ) Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____ (3) _____
Date/Time      Date/Time      Date/Time

SCH/PPS #8664
Robert A. Pickens II    EXPIRES - 05-31-2014
*Signature of Process Service*

SUBSCRIBED AND SWORN to before me this 14 day of March, 2013

_[Signature]_ JESSICA D ARELLANO, Notary Public, State of Texas, My Commission Expires 5-22-2015

Notary Public for the state of TEXAS

EXH 3

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jose Villarreal Saldivar et. al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 5:12-cv-01018 |
| Susan D. Reed, et. al. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jennifer Sanchez, DEA Special Agent

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rolando L. Rios
Attorney at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  William G. Putnicki

*Diana Garcia*
Signature of Clerk or Deputy Clerk

Date: 10/25/2012



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:12-cv-01018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JENNIFER SANCHEZ, DEA SPECIAL AGENT**
was received by me on *(date)* **THURS.-10-25-2012 @ 1:45A.M.**

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **SENT BY FAX PER THE INSTRUCTIONS OF SUE ANN GREGORY BEXAR COUNTY ASSISTANT CRIMINAL DISTRICT ATTORNEY; SEE-ATTACHED E-MAIL STATING SO TO SEND VIA-FAX!!**

My fees are $ **0** for travel and $ **55.00 TX** for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **WED.-11-28-2012**

*Robert A. Pickens II*
Server's signature

**ROBERT A.**
**Robert A. Pickens II**
Printed name and title

SCH/PPS #8884
Expires 08-31-2014

**P.O. Box 293185, KERRVILLE, TX. 78029-3185**
Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 5:12-cv-01018

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JENNIFER SANCHEZ - DEA AGENT SPECIAL
was received by me on *(date)* WED-03-13-2013 @ 3:30PM

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ROBERT PITMAN (U.S. ATTORNEY), who is
designated by law to accept service of process on behalf of *(name of organization)* MICHELE CANDL-DUBLIN
(DES. AGENT) 601 N.W. LOOP 410, SUITE 600 on *(date)* WED-03-13-2013 ; or @ 5:00 PM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ 95.00 RX for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: WED-03-13-2013

*Robert A. Pickens II*
Server's signature

SCH/PPS #8664
Expires 05-31-2014

ROBERT A. PICKENS II
Printed name and title

P.O. BOX 293185, KERRVILLE, TEXAS 78029-3185
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset