# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE VILLARREAL SALDIVAR, and JEANNE SNYDELAAR VILLARREAL, | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) CIVIL ACTION NO. SA-12-CA-1018-FB |
| SUSAN D. REED, Criminal District Attorney, in her Individual and Official Capacity; DAWN McGRAW, Assistant Criminal District Attorney, in her Individual and Official Capacity; SERGEANT MARCOS MARTINEZ, a Peace Officer with the Office of the Texas Attorney General, in his Individual and Official Capacity; JENNIFER SANCHEZ, DEA Special Agent, in her Individual and Official Capacity; and WALTER J. LINOSKE, DEA Financial Investigator, in his Individual and Official Capacity; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER REGARDING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Before the Court is Defendant Martinez' Unopposed Motion for Leave to File Reply in Excess of 10-Page Limit. (Docket no. 14). The proposed reply was not filed as an attachment to the motion for leave, but as a separate document. The reply is therefore part of the record. The question becomes whether the reply should be stricken because it exceeds the page limit. After careful consideration, the Court is of the opinion that the motion for leave would have been granted had the proposed reply been filed as an attachment. The reply shall not therefore be stricken from the record and shall remain part of the record in these proceedings. The motion for leave will be dismissed as moot.

IT IS THEREFORE ORDERED that the motion for leave (docket no. 14) is DISMISSED as MOOT and the reply (docket no. 15) shall remain filed as part of the record in these proceedings. Counsel is NOTIFIED that future requests for leave must include the proposed filing as an attachment.

It is so ORDERED.

SIGNED this 29th day of April, 2013.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE